Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *American Mfrs. Mut. Ins. Co. v. Sullivan, ante,* p. 40.

No. A–717. POLYAK *v.* HULEN ET AL. Ct. App. Tenn. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. A–759. DAVIS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–810 (98–1586). HILL *v.* MICHIGAN ATTORNEY GRIEVANCE COMMISSION. Sup. Ct. Mich. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–2024. IN RE DISBARMENT OF FORMAN. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. M–57. PERRY *v.* UNITED STATES;
No. M–58. JULIE N. *v.* TUOLUMNE COUNTY DEPARTMENT OF HUMAN SERVICES AGENCY; and
No. M–59. LeBRETON *v.* RABITO ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 98–531. FLORIDA PREPAID POSTSECONDARY EDUCATION EXPENSE BOARD *v.* COLLEGE SAVINGS BANK ET AL. C. A. Fed. Cir. [Certiorari granted, 525 U. S. 1064.] Motion of Federal Circuit Bar Association for leave to file a brief as *amicus curiae* granted.

No. 98–5881. LILLY *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, 525 U. S. 981.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 98–7299. IN RE RIVERA;
No. 98–7983. IN RE RIVERA; and
No. 98–8609. IN RE RICHARDS. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until May 10, 1999, within which to pay the docketing fees required by Rule 38(a) and to